AO 91 (Rev. 11/11) Criminal Complaint

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois



**FILED**
APR 29 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America<br>v.<br>Dalton Trader<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)  25-mj-3098<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __4/07/2025__ in the county of __Sangamon__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2252A(a)(5) | Possession and Access with Intent to View Child Pornography |

This criminal complaint is based on these facts:
See Attached

☑ Continued on the attached sheet.

*Redacted*
_____
*Complainant's signature*

Christopher Anderson, Special Agent FBI
*Printed name and title*

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date: 4/29/2025

City and state: Springfield, Illinois

_____
*Judge's signature*

Colleen R. Lawless, United States District Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALTON R. TRADER | Case No. 25-mj-3098<br><br>**Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Christopher Anderson, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint alleging that **DALTON R. TRADER (TRADER)**, violated 18 U.S.C. § 2252A, Possession and Access with Intent to View Child Pornography. A photograph of the subject to be arrested is contained within Attachment A.

2. I am a Special Agent of the Federal Bureau of Investigation ("FBI"), assigned to Springfield, Illinois (IL). I have been so employed since June 2024. I am presently assigned to investigate a variety of criminal violations, to include matters involving child exploitation and child pornography (as defined in 18 U.S.C. § 2256(8)(A), and also referred to in this Affidavit as "child sexual abuse material" or "CSAM"). During my 18-week training course at the FBI Academy located in Quantico, Virginia, I received training in investigative and legal matters pursuant to my authorities as a law enforcement officer of the United States. As an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510, I am empowered to investigate and make arrests for offenses alleged

herein. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. The statements contained in this Affidavit are based in part on information provided to me by US federal law enforcement agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; the results of physical surveillance conducted by the FBI; independent investigation and analysis by law enforcements agents/analysts; and my experience, training, and background as a federal law enforcement officer.

4. Based on my training and experience and the information set forth in this affidavit herein, there is probable cause to believe that a violation of 18 U.S.C. § 2252A, Possession and Access with Intent to View Child Pornography, was committed by **TRADER.**

## STATUTORY AUTHORITY

5. As noted above, this investigation concerns alleged violations of the following:

   a. 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) prohibit a person from knowingly possessing or knowingly accessing with intent to view, or attempting or conspiring to do so, any material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, by any means, including by computer, or that was produced

using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## DEFINITIONS

6. The following definitions apply to this Affidavit:

   a. "Child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct or the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. Child pornography is also referred to as "child sexual abuse material" or "CSAM."

   b. "Computer," as used herein, refers to "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device" and includes smartphones, other mobile phones, and other mobile devices. *See* 18 U.S.C. § 1030(e)(1).

   c. "Computer hardware" consists of all equipment that can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Computer hardware includes any data-processing devices (including central processing units, internal

3

and peripheral storage devices such as fixed disks, external hard drives, "thumb," "jump," or "flash" drives, which are small devices that are plugged into a port on the computer, and other memory storage devices); peripheral input/output devices (including keyboards, printers, video display monitors, and related communications devices such as cables and connections); as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including physical keys and locks).

      d.    "Computer passwords and data security devices" consist of information or items designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password (a string of alpha-numeric characters) usually operates what might be termed a digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the process to restore it.

      e.    "Computer software" is digital information that can be interpreted by a computer and any of its related components to direct the way it works. Computer software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

4

f.  The "Internet" is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

g.  "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

h.  "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the anus, genitals, or pubic area of any person.

i.  A "storage medium" is any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, "thumb," "jump," or "flash" drives, CD-ROMs, and other magnetic or optical media.

j.  "Visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## PROBABLE CAUSE

7.  Your Affiant opened an investigation on January 10, 2025, into **TRADER** pertaining to information that FBI Springfield received which indicated that **TRADER**

5

had purchased and/or received child sexual abuse material over the Internet.

8. On April 15, 2025, Your Affiant conducted physical surveillance of **TRADER**. Your Affiant observed **TRADER** driving a red Ford Pickup truck in Springfield, IL, which Your Affiant knows, based on a review of Illinois Department of Motor Vehicle records, is registered to **TRADER**. Your Affiant further observed that **TRADER** was accompanied by a second individual[1] in the vehicle. Your Affiant surveilled **TRADER** until he parked the vehicle in the vicinity of Business A.[2]

9. Your Affiant observed **TRADER** exit the vehicle and retrieve what Your Affiant, based upon training and experience, believed to be a desktop personal computer (hereafter the "**SUBJECT DEVICE**"). **TRADER** entered Business A with the **SUBJECT DEVICE** at approximately 10:51 AM. **TRADER** was then observed exiting Business A without the **SUBJECT DEVICE** at approximately 10:55 AM.



---

[1] Your Affiant is aware of the identity of the second individual. Their identity is being withheld in this Affidavit for privacy purposes.
[2] Business A is a national consumer goods chain that rents or rents-to-own furniture, appliances, computers, electronics, and other items. Your Affiant is aware of the identity of Business A but it is being withheld in this Affidavit for privacy purposes.

**TRADER** removing the **SUBJECT DEVICE** from the Ford Pickup truck on April 15, 2025.



**TRADER** walking towards Business A with the **SUBJECT DEVICE** on April 15, 2025.



Close-up photograph of **TRADER** with the **SUBJECT DEVICE**.

7

10. Your Affiant then contacted the manager at Business A[3] and confirmed that the **SUBJECT DEVICE,** a desktop computer, had been dropped off at Business A by **TRADER** pursuant to a rental agreement that **TRADER** had with Business A which included another co-signer.[4] According to Business A's Manager, **TRADER** claimed that the power supply for the **SUBJECT DEVICE** did not function and had returned the **SUBJECT DEVICE** to Business A to potentially repair it. According to Business A's Manager, Business A provided **TRADER** with a substitute device[5] and were under no obligation to return the **SUBJECT DEVICE** to **TRADER** pursuant to the rental agreement. According to Business A's Manager, **TRADER** was informed he may receive the device back in approximately thirty to sixty days if the problem was fixable, however, if the problem could not be fixed or the repairs were too expensive, the Business A Manager would inform **TRADER** that the **SUBJECT DEVICE** would not be returned and the rental agreement would continue with the substitute computer. According to Business A's Manager, **TRADER** had the **SUBJECT DEVICE** from approximately January 2025 until the device's seizure on April 15, 2025. Further, according to Business A's Manager, **TRADER** is the only individual to have rented the **SUBJECT DEVICE**. Business A's Manager provided written consent to Your Affiant to seize and search the **SUBJECT**

---

[3] The name of the Manager is known to law enforcement, however, to protect their identity, it is being withheld in this Affidavit.

[4] Your Affiant is aware that another individual is listed on the Rental Agreement with Business A as co-signer. The identity of the other individual is known to Your Affiant, however, to protect their identity, it is being withheld in this Affidavit.

[5] Your Affiant understands that **DALTON R. TRADER** retrieved the substitute device from another location operated by Business A.

8

**DEVICE**. According to Business A's Manager, Business A employee(s) attempted to power the computer on but were unsuccessful. No other steps were taken to repair the **SUBJECT DEVICE** on location, nor were any components removed.

11. During further discussions with Business A's Manager, Business A's Manager noted that **TRADER** had provided the password to the computer when it was requested, that he paid the bills for the computer, that his number was listed for the account that the computer was rented under, and that he discussed the problems with the computer with **TRADER** specifically.

12. The **SUBJECT DEVICE** has remained in the custody of the FBI since its seizure.

## SEARCH WARRANT AND EXAMINATION OF SUBJECT DEVICE

13. On April 16, 2025, Your Affiant obtained a federal search warrant for the **SUBJECT DEVICE**. The **SUBJECT DEVICE** contained a one terabyte hard drive. After the execution of the federal search warrant on the **SUBJECT DEVICE,** Your Affiant observed visual depictions of child sexual abuse material located on the **SUBJECT DEVICE,** to include images of minors less than 12 years old engaged in sexually explicit conduct. An initial review of the **SUBJECT DEVICE** by an FBI Digital Forensic Examiner (DFE) revealed that while full video files depicting child sexual abuse were not viewable on the **SUBJECT DEVICE**, video file titles and respective thumbnails[6] of previously accessed content remained viewable on the **SUBJECT DEVICE.** The file titles

---

[6] Your Affiant understands a thumbnail to be an image that serves as a representation of the content of a larger video file.

9

and thumbnails were discoverable under a list of recently viewed or accessed files within the native video player on the computer. Your Affiant understands that the video files may have been viewed using the **SUBJECT DEVICE**'s video player without being downloaded locally on the device. Your Affiant reviewed thumbnails for 10 video files, each of which had an unknown runtime. The files are described as follows:

    a.    Video file 1 is titled "ExchangePreview_Alex123321_Boy With Tiny Butt Get Hard&Deep Fucked with Moan and Creampie." The thumbnail depicts a prepubescent child of unknown gender who is only viewable from their backside from approximately their waist to mid-thigh. There is an erect penis viewable in the thumbnail placed above the child. Your Affiant believes the prepubescent child to be less than approximately 12 years old, based on the size of the child and the lack of any visible body hair.

    b.    Video file 2 is titled "ExchangePreview_hilbert_Young girl sucks brother's and daddy's cock and is later fucked anal by her brother." The thumbnail depicts a prepubescent male child, less than approximately 12 years old, performing oral sex on a prepubescent female child, less than approximately 12 years old. Your Affiant is basing an estimate of their ages on the size of both children and their lack of visible body hair. The female child is laying on her back on what appears to be a bed. The female child's face is not visible.

    c.    Video file 3 is titled "ExchangePreview_hilbert_Preteen cum in mouth and facials compilation." The thumbnail depicts a prepubescent female child, less than approximately 12 years old, face down on a blue blanket. The child's eyes

appear to be closed and the child appears to be sleeping. The child appears to be wearing a shirt. Nothing else is visible in the thumbnail. The title of the video suggests the contents of the video contain child pornography.

    d.    Video file 4 is titled "ExchangePreview_hilbert_7yr April compilation – music video." The thumbnail depicts an erect penis being inserted into the anus of an unknown aged and unknown gendered prepubescent child. The child is only viewable from their backside. Based on the size of the unknown child and their lack of any observable body hair, Your Affiant believes the child to be less than the age of approximately 12 years old.

    e.    Video file 5 is titled "ExchangePreview_Alex123321_EXTRA big experience 10-13 boy." The thumbnail depicts an erect penis inserted into the anus of a prepubescent male child, believed to be less than the age of approximately 12 years old, based on the size of the child and their lack of any body hair. The child appears to be masturbating. The child's eyes are blindfolded.

    f.    Video file 6 is titled "ExchangePreview_hilbert_9yr Sonya and 16yr Fekla with a man." The thumbnail depicts a prepubescent child of less than approximately 12 years old, based on the child's size, lack of any visible body hair, and lack of breast development, on her back positioned above an adult male. The male's face is visible. The child is wearing knee-high American flag socks. The adult male's penis is erect. The adult male is engaging in anal sex with the child positioned above him. The child's face is not visible. A second female of unknown age is partially observable in frame in the thumbnail but is not visible enough to

11

make a proper determination of age. Based on the title of the video, Your Affiant believes the female is a minor less than 18 years of age.

      g.      Video 7 is titled "ExchangePreview_hilbert_15yr slut Alana Blowjob 1." The thumbnail depicts a female child, less than approximately 18 years of age, being orally penetrated by an erect male's penis. The child appears to be pubescent with slight budding of the breasts.

      h.      Video 8 is titled "ExchangePreview_glandalf_Little pussy creampie." The thumbnail depicts an erect penis being inserted into a prepubescent child's vagina. Your Affiant believes the child is less than approximately 12 years old, based upon the size of the female and the lack of any visible body hair. The child is only visible from the stomach down. At the bottom of the image, a Telegram username is displayed.

      i.      Video 9 is titled "ExchangePreview_badwno_Pedomom – Fillipino Mother Show with Daughter." The thumbnail depicts an adult female, naked, laying sideways on what appears to be a bed. The female appears to be masturbating. No children are visible in the video, however, the title of the video suggest the video contains child pornography.

      j.      Video 10 is titled "ExchangePreview_hilbert_Babyrape and hurtcore.[7]" The thumbnail depicts a prepubescent child laying on her back on a bed. The child is less than approximately 5 years old, based on the size of the child and

---

[7] Your Affiant understands "hurtcore" to be a term used to describe images that depict pain inflicted on people and animals. This term has been used by people who enjoy a feeling of having control/power.

their lack of any body hair or breast development. A male is positioned above the child and has his erect penis inserted into the vagina of the child. The child appears to be wearing a black choker. The child is partially covering her face with her arm and appears to be in distress. The thumbnail also includes the following language beside the video: "That was the warm up. Now… are you ready for some proper violent child rap & sick abuse? Get your hard pervert pedocock read."[8]

14. Your Affiant reviewed .lnk files for each of the 10 video files described above. Your Affiant understands through conversations with an FBI DFE that .lnk files provide information about when specific files were accessed. Below is a summary of the dates and times of access for each file Your Affiant reviewed:

| Video Title | Accessed Date/Time |
| --- | --- |
| ExchangePreview_Alex123321_Boy With Tiny Butt Get Hard&Deep Fucked with Moan and Creampie (Video file 1) | 4/7/2025 10:00:34 AM |
| ExchangePreview_hilbert_Young girl sucks brother's and daddy's cock and is later fucked anal by her brother (Video file 2) | 4/7/2025 10:00:44 AM |
| ExchangePreview_hilbert_Preteen cum in mouth and facials compilation (Video file 3) | 4/7/2025 10:00:52 AM |
| ExchangePreview_hilbert_7yr April compilation – music video (Video file 4) | 4/7/2025 10:04:39 AM |
| ExchangePreview_Alex123321_EXTRA big experience 10-13 boy (Video file 5) | 4/7/2025 10:08:05 AM |
| ExchangePreview_hilbert_9yr Sonya and 16yr Fekla with a man (Video file 6) | 4/7/2025 9:56:19 AM |

---

[8] Your Affiant believes the words "rap" and "read" which are cutoff in the thumbnail are "rape" and "ready."

13

| | |
|---|---|
| ExchangePreview_hilbert_15yr slut Alana Blowjob 1 (Video file 7) | 4/7/2025 9:56:32 AM |
| ExchangePreview_glandalf_Little pussy creampie (Video file 8) | 4/7/2025 9:56:47 AM |
| ExchangePreview_badwno_Pedomom – Fillipino Mother Show with Daughter (Video file 9) | 4/7/2025 9:56:50 AM |
| ExchangePreview_hilbert_Babyrape and hurtcore (Video file 10) | 4/7/2025 10:04:48 AM |

15. During a review of the **SUBJECT DEVICE**, Your Affiant observed that the username logged into the computer was "Dmurkiin 666" and was associated with a Microsoft account utilizing the email address "lildaltontrader@hotmail.com." The user is the Administrator account for the computer. Your Affiant is also aware that the password for the computer was provided to Business A's Manager by **TRADER.** The password included the year of **TRADER's** birth. Your Affiant is not aware of any other occupants of **TRADER's** residence who were born in the same year as **TRADER.** Your Affiant also reviewed applications on the computer, to include Spotify, which was logged in with the username "lildaltontrader"; "DZSALauncher,"[9] which was logged in with the username "traderdalton1998"; and Rockstar Games Launcher[10], which displayed the email address "cbiderby23@gmail.com" when prompted to log in. Your Affiant understands, through legal process, that the email address "cbiderby23@gmail.com" is associated with Dalton Trader based on the name listed on the account.

---

[9] Your Affiant understands "DZSALauncher" to be a launcher application for the video game DayZ.
[10] Your Affiant understands Rockstar Games Launcher to be a launcher application for video games created by Rockstar, a video game developer.

16. Your Affiant reviewed the **SUBJECT DEVICE**'s web browser history in Microsoft Edge. Your Affiant observed that Tor web browser was downloaded to the **SUBJECT DEVICE** on February 23, 2025 at 1:32 AM. Your Affiant understands the Tor web browser to be a web browser which is preconfigured to access the Tor network. The Tor network is a computer network designed to facilitate anonymous Internet communication by routing communications through a globally distributed network of relay computers operated by volunteers. A user may access the Tor network via any computer or electronic device that has been configured to use Tor routing/software, to include computers, smartphones, or tablets. The contents of a Tor user's communications are encrypted while the communication passes through the Tor network. Nevertheless, when a Tor user visits a website and requests content from the website server, the website server can still reliably transmit the requested content to the Tor user's computer.

17. Tor may be used to access open-Internet websites like www.justice.gov and to operate or access websites called "hidden services" or "onion services" that are accessible only to Tor users. Your Affiant understands, based on training and experience, that individuals can use the Tor web browser to access "hidden services" or "onion services" which are associated with illegal activity, including child pornography, and allow users to search, download, trade, and sell child sexual abuse material files with anonymity.

18. Based on the foregoing, Your Affiant submits that probable cause exists to arrest **TRADER**, who is more particularly described in Attachment A, for violation of Possession and Access with Intent to View Child Pornography.

## REQUEST FOR SEALING

19. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation

Respectfully submitted,

Redacted
_____
Christopher Anderson
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to me by telephone consistent with Fed. R. Crim. P. 4.1 on this 29th day of April, 2025.

_____
COLLEEN R. LAWLESS
UNITED STATES DISTRICT JUDGE

## ATTACHMENT A
## DALTON R. TRADER



1